# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00747-CR

**Ryan Christopher Wickerham, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 12-02207-1, THE HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Ryan Christopher Wickerham has filed a pro se motion to dismiss this appeal.[1] We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   September 19, 2014

Do Not Publish

---

[1] Appellant appeals, pro se, his conviction for family-violence assault. *See* Tex. Penal Code § 22.01(a)(1); Tex. Code Crim. Proc. art. 42.013. The record reflects that appellant chose to represent himself at trial and continues to do so on appeal, despite repeated admonishments from the trial court prior to trial and prior to this appeal of the dangers and disadvantages of self-representation. *See* U.S. Const. amend. VI, XIV; Tex. Const. art. I, § 10; *Faretta v. California*, 422 U.S. 806 (1975).